Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15−10150−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Francisco Saravia−Jimenez
57 Wilcox Rd
New Brunswick, NJ 08901

Denise Saravia−Jimenez
57 Wilcox Rd
New Brunswick, NJ 08901

Social Security No.:
   xxx−xx−2133

   xxx−xx−5045

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 1/2/18 at 10:00 AM

to consider and act upon the following:

*79* − Creditor's Certification of Default (related document:61 Motion for Relief from Stay re: 2013 Nissan Sentra. Fee Amount &#036 176. filed by Creditor Santander Consumer USA Inc., Motion for Relief from Co−Debtor Stay of Fausto Calderon) filed by John R. Morton Jr. on behalf of Santander Consumer USA Inc.. Objection deadline is 12/19/2017. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) (Morton, John)

Dated: 12/7/17

Jeanne Naughton
Clerk, U.S. Bankruptcy Court