UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
45435
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for Santander Consumer USA Inc.

Order Filed on February 14, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

FRANCISCO SARAVIA-JIMINEZ
DENISE SARAVIA-JIMINEZ

Case No.: 15-10150(MBK)

Adv. No.:

Hearing Date: 1-2-18

Judge: MBK

## ORDER FOR ADDITIONAL COUNSEL FEE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: February 14, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Francisco and Denise Saravia-Jiminez**
**15-10150(MBK)**
**Order for Additional Counsel fee**
**Page 2**

This matter having been brought on before this Court on creditors certification of default for stay relief and co-debtor stay filed by John R. Morton, Jr., Esq, attorney for Santander Consumer USA Inc., with the appearance of Robert Nisenson, Esq. on behalf of the debtors, and this order having been filed with the Court and served upon the debtors and their attorney and the co-debtor, Fausto Calderon under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That the debtors shall pay to Santander Consumer USA Inc. through the plan, an additional counsel fee of $100 which shall be paid by the trustee as an administrative priority expense.