UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
45435
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for Santander Consumer USA Inc.

In Re:

FRANCISCO SARAVIA-JIMINEZ
DENISE SARAVIA-JIMINEZ



**Order Filed on February 14, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 15-10150(MBK)

Adv. No.:

Hearing Date: 1-2-18

Judge:  MBK

# ORDER FOR ADDITIONAL COUNSEL FEE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: February 14, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Case 15-10150-MBK    Doc 84    Filed 02/16/18    Entered 02/17/18 00:38:34    Desc Imaged
Certificate of Notice    Page 2 of 3

**Francisco and Denise Saravia-Jiminez**
**15-10150(MBK)**
**Order for Additional Counsel fee**
**Page 2**

This matter having been brought on before this Court on creditors certification of default for stay relief and co-debtor stay filed by John R. Morton, Jr., Esq, attorney for Santander Consumer USA Inc., with the appearance of Robert Nisenson, Esq. on behalf of the debtors, and this order having been filed with the Court and served upon the debtors and their attorney and the co-debtor, Fausto Calderon under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That the debtors shall pay to Santander Consumer USA Inc. through the plan, an additional counsel fee of $100 which shall be paid by the trustee as an administrative priority expense.

Case 15-10150-MBK    Doc 84    Filed 02/16/18    Entered 02/17/18 00:38:34    Desc Imaged
Certificate of Notice    Page 2 of 3

**Francisco and Denise Saravia-Jiminez**
**15-10150(MBK)**
**Order for Additional Counsel fee**
**Page 2**

This matter having been brought on before this Court on creditors certification of default for stay relief and co-debtor stay filed by John R. Morton, Jr., Esq, attorney for Santander Consumer USA Inc., with the appearance of Robert Nisenson, Esq. on behalf of the debtors, and this order having been filed with the Court and served upon the debtors and their attorney and the co-debtor, Fausto Calderon under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That the debtors shall pay to Santander Consumer USA Inc. through the plan, an additional counsel fee of $100 which shall be paid by the trustee as an administrative priority expense.

United States Bankruptcy Court
District of New Jersey

In re:  
Francisco Saravia-Jimenez  
Denise Saravia-Jimenez  
    Debtors

Case No. 15-10150-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Feb 14, 2018  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2018.  
db/jdb     +Francisco Saravia-Jimenez,    Denise Saravia-Jimenez,    57 Wilcox Rd,    New Brunswick, NJ 08901-1665

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2018                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2018 at the address(es) listed below:

       Albert Russo    docs@russotrustee.com  
       Denise E. Carlon    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
       Joshua I. Goldman    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Robert C. Nisenson    on behalf of Joint Debtor Denise Saravia-Jimenez rnisenson@aol.com, nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonlaw@gmail.com;nisensonrr70983@notify.bestcase.com  
       Robert C. Nisenson    on behalf of Debtor Francisco Saravia-Jimenez rnisenson@aol.com, nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonlaw@gmail.com;nisensonrr70983@notify.bestcase.com  
                                                                  TOTAL: 6