Form rfiler – ntcrefilerv27.jsp

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15–10150–MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Francisco Saravia–Jimenez            Denise Saravia–Jimenez
57 Wilcox Rd                         57 Wilcox Rd
New Brunswick, NJ 08901              New Brunswick, NJ 08901

Social Security No.:
   xxx–xx–2133                       xxx–xx–5045

Employer's Tax I.D. No.:

## NOTICE OF EVIDENCE OF REPEAT FILING

To: Debtor, Attorney for Debtor, Trustee and United States Trustee

You are hereby notified that the Clerk has determined that the

☑ debtor
☑ joint debtor

received a discharge in case number 07–26850 , commenced on 11/15/2007. Pursuant to section 727(a)(8) or 1328(f), the debtor(s) is ineligible to receive a discharge.

Objections to this matter must be in writing and filed with the Clerk on or before April 6, 2018 at

U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608

In the event a timely objection is filed, a hearing will be held before the Honorable Judge Michael B. Kaplan on:

DATE:         April 16, 2018
TIME:         10:00 AM
COURTROOM:    8

Dated: March 16, 2018
JAN: mrg

Jeanne Naughton
Clerk