Form rfiler – ntcrefilerv27.jsp

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15−10150−MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Francisco Saravia−Jimenez                    Denise Saravia−Jimenez
57 Wilcox Rd                                 57 Wilcox Rd
New Brunswick, NJ 08901                      New Brunswick, NJ 08901

Social Security No.:
   xxx−xx−2133                               xxx−xx−5045

Employer's Tax I.D. No.:

## NOTICE OF EVIDENCE OF REPEAT FILING

To: Debtor, Attorney for Debtor, Trustee and United States Trustee

You are hereby notified that the Clerk has determined that the

- ☑ debtor
- ☑ joint debtor

received a discharge in case number 07−26850 , commenced on 11/15/2007. Pursuant to section 727(a)(8) or 1328(f), the debtor(s) is ineligible to receive a discharge.

Objections to this matter must be in writing and filed with the Clerk on or before April 6, 2018 at

U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608

In the event a timely objection is filed, a hearing will be held before the Honorable Judge Michael B. Kaplan on:

DATE:         April 16, 2018
TIME:         10:00 AM
COURTROOM:    8

Dated: March 16, 2018
JAN: mrg

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 15-10150-MBK
Francisco Saravia-Jimenez                                                       Chapter 7
Denise Saravia-Jimenez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 1            Date Rcvd: Mar 16, 2018
                               Form ID: rfiler          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2018.
db/jdb         +Francisco Saravia-Jimenez,   Denise Saravia-Jimenez,   57 Wilcox Rd,
                New Brunswick, NJ 08901-1665

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Joshua I. Goldman    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Robert C. Nisenson    on behalf of Joint Debtor Denise  Saravia-Jimenez rnisenson@aol.com,
               nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
              Robert C. Nisenson    on behalf of Debtor Francisco  Saravia-Jimenez rnisenson@aol.com,
               nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
                                                                                             TOTAL: 6