Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.: 15−10150−MBK
          Chapter: 7
          Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Francisco Saravia−Jimenez           Denise Saravia−Jimenez
   57 Wilcox Rd                          57 Wilcox Rd
   New Brunswick, NJ 08901         New Brunswick, NJ 08901

Social Security No.:
   xxx−xx−2133                           xxx−xx−5045

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on May 21, 2018.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 21, 2018
JAN: ckk

                                                    Jeanne Naughton
                                                    Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                              Case No. 15-10150-MBK
Francisco Saravia-Jimenez                                           Chapter 7
Denise Saravia-Jimenez
         Debtors            CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                Page 1 of 2                  Date Rcvd: May 21, 2018
                              Form ID: 148               Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2018.
db/jdb         +Francisco Saravia-Jimenez,    Denise Saravia-Jimenez,    57 Wilcox Rd,
                 New Brunswick, NJ 08901-1665
lm             +Cenlar,   425 Phillips Blvd,   Ewing, NJ 08618-1430
515260438      +CBCS,   PO Box 2589,   Columbus, OH 43216-2589
515282218      +Department Stores National Bank For Macys Branded,     Bankruptcy Processing,   Po Box 8053,
                 Mason, OH 45040-8053
515260442      +Educational Funding COmpany,    4740 Chevy Chase Drive Ste200,    Chevy Chase, MD 20815-6459
515260443      +Financial Recoveries,    200 E Park Dr Ste 100,   Mount Laurel, NJ 08054-1297
515260444      +Green Lawn Fertilizing,    1004 Saunders Lane,   West Chester, PA 19380-4218
515260446      +JFK Hosp,   80 James St, 4th Fl,    Edison, NJ 08820-3938
515386632      +New Jersey Housing & Mortgage Finance Agency,    Cenlar FSB,    425 Phillips Boulevard,
                 Ewing, NJ 08618-1430
515260449      +PayPal,   PO Box 105658,   Atlanta, GA 30348-5658
515260450      +Philips Remote Cardiac Service,    Po Box 415404,    Boston, MA 02241-5404
515260453      +Robert Wood Johnson,   Po Box 15278,    Newark, NJ 07192-5278
515260460      +Synchrony Bank FKA GE Cap Amazon.Com,    C/O Apothaker Scian P.C,    520 Fellowship Road Ste C306,
                 Mt. Laurel, NJ 08054-3410

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 21 2018 22:33:15      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 21 2018 22:33:15      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: DRIV.COM May 22 2018 02:33:00      Santander Consumer USA Inc.,    P.O. Box 562088,
                 Suite 900 North,   Dallas, TX 75356-2088
515260434      +EDI: TSYS2.COM May 22 2018 02:33:00      Barclays Bank Delaware,   P.o. Box 8803,
                 Wilmington, DE 19899-8803
515260436       EDI: CAPITALONE.COM May 22 2018 02:34:00      Cap One,   C/O Lyons, Doughty And Veldhuis Pc,
                 Po Box 85520,   Richmond, VA  23285
515260435       EDI: CAPITALONE.COM May 22 2018 02:34:00      Cap One,   Po Box 85520,   Richmond, VA  23285
515439349      +E-mail/Text: bncmail@w-legal.com May 21 2018 22:33:18      CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
515260437       EDI: CAPITALONE.COM May 22 2018 02:34:00      Cap One,   P.O. Box 71083,
                 Charlotte, NC  28272-1083
515354710       EDI: CAPITALONE.COM May 22 2018 02:34:00      Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC  28272-1083
515379323       EDI: BL-BECKET.COM May 22 2018 02:35:00      Capital One, N.A.,   c o Becket and Lee LLP,
                 POB 3001,   Malvern, PA 19355-0701
515371563      +E-mail/Text: bankruptcy@cavps.com May 21 2018 22:33:19      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
515260439      +E-mail/Text: kzoepfel@credit-control.com May 21 2018 22:33:16      Central Loan Admin & R,
                 C/O Kivitz McKeever Lee PC,    425 Phillips Blvd.,   Ewing, NJ 08618-1430
515260440      +E-mail/Text: electronicbkydocs@nelnet.net May 21 2018 22:33:17      Dept Of Education/neln,
                 121 S 13th St,   Lincoln, NE 68508-1904
515260441      +EDI: TSYS2.COM May 22 2018 02:34:00      Dsnb Macys,   9111 Duke Blvd,   Mason, OH 45040-8999
515260445      +EDI: WFFC.COM May 22 2018 02:34:00      Homeprjvisa,   Po Box 94498,   Las Vegas, NV 89193-4498
515260447      +EDI: CBSKOHLS.COM May 22 2018 02:34:00      Kohls/capone,   N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
515260448      +E-mail/Text: Bankruptcies@nragroup.com May 21 2018 22:33:25      National Recovery Agen,
                 2491 Paxton St,   Harrisburg, PA 17111-1036
515496083       EDI: PRA.COM May 22 2018 02:33:00      Portfolio Recovery Associates, LLC,   c/o Car Care One,
                 POB 41067,   Norfolk VA 23541
515496019       EDI: PRA.COM May 22 2018 02:33:00      Portfolio Recovery Associates, LLC,   c/o Lowes,
                 POB 41067,   Norfolk VA 23541
515496122       EDI: PRA.COM May 22 2018 02:33:00      Portfolio Recovery Associates, LLC,   c/o Paypal,
                 POB 41067,   Norfolk VA 23541
515495959       EDI: PRA.COM May 22 2018 02:33:00      Portfolio Recovery Associates, LLC,   c/o Sams Club,
                 POB 41067,   Norfolk VA 23541
515496124       EDI: PRA.COM May 22 2018 02:33:00      Portfolio Recovery Associates, LLC,
                 c/o Walmart Credit Card,    POB 41067,   Norfolk VA 23541
515260451      +EDI: PRA.COM May 22 2018 02:33:00      Portfolio Recovery Ass,   120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502-4952
515260452      +E-mail/Text: rwjebn@rwjbh.org May 21 2018 22:33:24      Robert Wood Hospital-Pediatrics,
                 1 Robert Wood Johnson Place,    New Brunswick, NJ 08901-1928
515272451      +EDI: DRIV.COM May 22 2018 02:33:00      Santander Consumer USA Inc.,    P.O. Box 560284,
                 Dallas, TX 75356-0284
515260454      +EDI: DRIV.COM May 22 2018 02:33:00      Santander Consumer Usa,   Po Box 961245,
                 Ft Worth, TX 76161-0244
515260455      +EDI: RMSC.COM May 22 2018 02:34:00      Syncb/carcare One,   C/o Po Box 965036,
                 Orlando, FL 32896-0001
515260456      +EDI: RMSC.COM May 22 2018 02:34:00      Syncb/ccare1,   C/o Po Box 965036,
                 Orlando, FL 32896-0001
```

```
District/off: 0312-3         User: admin              Page 2 of 2                  Date Rcvd: May 21, 2018
                             Form ID: 148             Total Noticed: 47

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515260457     +EDI: RMSC.COM May 22 2018 02:34:00       Syncb/lowes,    Po Box 965005,   Orlando, FL 32896-5005
515260458     +EDI: RMSC.COM May 22 2018 02:34:00       Syncb/sams Club,    Po Box 965005,
               Orlando, FL 32896-5005
515260459     +EDI: RMSC.COM May 22 2018 02:34:00       Syncb/walmart,    Po Box 965024,   Orlando, FL 32896-5024
515271209     +E-mail/Text: electronicbkydocs@nelnet.net May 21 2018 22:33:17      U.S. Department of Education,
               C/O Nelnet,    3015 South Parker Road, Suite 400,    Aurora, CO 80014-2904
515312166      EDI: WFFC.COM May 22 2018 02:34:00       Wells Fargo Bank, N.A.,    PO Box 10438,
               Des Moines, IA 50306-0438
515260461     +EDI: WFFC.COM May 22 2018 02:34:00       Wffnb Dual L,    800 Walnut Street,
               Des Moines, IA 50309-3605
                                                                                              TOTAL: 34

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515271275*    +U.S. Department of Education,    C/O Nelnet,   3015 South Parker Road, Suite 400,
               Aurora, CO 80014-2904
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2018 at the address(es) listed below:
          Andrea   Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
          Denise E. Carlon    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          Joshua I. Goldman    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency
           jgoldman@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Robert C. Nisenson    on behalf of Joint Debtor Denise  Saravia-Jimenez rnisenson@aol.com,
           nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
          Robert C. Nisenson    on behalf of Debtor Francisco  Saravia-Jimenez rnisenson@aol.com,
           nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
                                                                                              TOTAL: 6
```