UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2 (c)

In the Matter of
Robert C. Nisenson, LLC
10 Auer Court
East Brunswick, New Jersey 08816
Attorney for Debtor
(732)238-8777
Robert C. Nisenson
RCN 6680

In Re:

Francisco Saravia- Jimenez & Denise Saravia-Jimenez

DEBTOR

**Order Filed on May 21, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 15-10150

Hearing Date: May 21, 2018

Judge: Michael B. Kaplan

ORDER DISMISSING CASE

The relief set forth on the following pages, numbered two (2) through ____2____ is hereby **ORDERED.**

**DATED: May 21, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

ROBERT C. NISENSON, L.L.C.
10E Auer Court
East Brunswick, NJ 08816
(732) 238-8777
Attorneys for Debtor
Robert C. Nisenson, Esq.
RCN 6680

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of | : | Case No.: 15-10150 |
| | : | Chapter 7 |
| Francisco Saravia-Jimenez | : | May 21, 2018 |
| & | | |
| Denise Saravia-Jimenez | : | |
| | : | |
| | : | ORDER DISMISSING CAE |
| | | |
| Debtor. | : | |
| | : | |

This matter having been opened to the Court by Robert C. Nisenson, Esq., of the law firm of Robert C. Nisenson, L.L.C., attorneys for Debtor, upon application for an Order dismissing the bankruptcy or convert case to Chapter 13 pursuant to 11 U.S.C. Section 707 and for good cause shown;

It is on the          day of May, 2018;

**ORDERED** that the Debtor's bankruptcy case is hereby dismissed and any discharge in this matter is revoked.

**ORDERED** that the Debtor's bankruptcy case is hereby dismissed.

United States Bankruptcy Court
District of New Jersey

In re:  
Francisco Saravia-Jimenez  
Denise Saravia-Jimenez  
    Debtors

Case No. 15-10150-MBK  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: May 21, 2018  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2018.  
db/jdb        +Francisco Saravia-Jimenez,   Denise Saravia-Jimenez,   57 Wilcox Rd,  
                New Brunswick, NJ 08901-1665

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2018                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2018 at the address(es) listed below:  
       Andrea Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com  
       Denise E. Carlon    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
       Joshua I. Goldman    on behalf of Creditor    New Jersey Housing & Mortgage Finance Agency jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Robert C. Nisenson    on behalf of Joint Debtor Denise Saravia-Jimenez rnisenson@aol.com, nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com  
       Robert C. Nisenson    on behalf of Debtor Francisco Saravia-Jimenez rnisenson@aol.com, nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com  
                                                                                       TOTAL: 6